The **TRAVELERS INDEMNITY COM-PANY OF AMERICA, The Travelers Indemnity Company,** Plaintiffs–Appellees,

v.

**Eddie Lee WILLIAMS,**
**et al., Defendants,**

**Deante Walker, Individually and as Administrator of the Estate of Reginald E. Walker, Deceased, Deborah Walker, As Next Friend and Conservator of Reginald Walker, Jr., A Minor Child,** Defendants–Appellants.

No. 11–11759
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 27, 2011.

David M. Atkinson, Lisa Nicole Collins, Magill Atkinson Dermer, LLP, Atlanta, GA, for Plaintiffs–Appellees.

2418, 57 L.Ed.2d 290 (1978) (holding that a suspect's statement was involuntary because the suspect "was weakened by pain and

Michael C. Kendall, Talley, French & Kendall, PC, Douglasville, GA, Yehuda Smolar, Attorney at Law, Atlanta, GA, for Defendants–Appellants.

Before BARKETT, HULL and FAY, Circuit Judges.

PER CURIAM:

After reviewing the parties' briefs and the record, we affirm the district court's grant of summary judgment to the plaintiffs in this declaratory judgment action for the reasons stated in the district court's thorough and well-reasoned order dated March 16, 2011.

**AFFIRMED.**